IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| DIANA KAY LORD | § | |
| | | |
| v. | § | CIVIL ACTION NO. 6:10-CV-673 |
| | | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |
| | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration.  The Report and Recommendation recommends that the action be reversed and remanded for the Commissioner to perform an analysis consistent with *Newton v. Apfel*, 209 F.3d 448, 453 (5th Cir. 2000) and 20 C.F.R. §§ 404.1427(c)(2)-(6), 416.927(c)(2)-(6) with regard to the opinions of Drs. Owens and Myers.  No written objections have been filed.  The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the action is hereby **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the opinion herein.  It is further

**ORDERED** that any motion not previously ruled on is **DENIED**.

 **It is SO ORDERED.**

 **SIGNED this 11th day of July, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE